UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-2537 |
| | ) | |
| WILLIAM P. BUTCHER AS SPECIAL | ) | |
| REPRESENTATIVE OF THE | ) | |
| ESTATE OF JENNIE LANDER; DENISE | ) | |
| LANDER; JENNIFER BOZNOS; | ) | |
| VALLEY LO TOWERS I | ) | |
| CONDOMINIUM ASSOCIATION; | ) | Judge: Virginia M. Kendall |
| UNKNOWN HEIRS AND LEGATEES OF | ) | |
| JENNIE LANDER; AND UNKNOWN | ) | |
| OWNERS AND NON-RECORD | ) | |
| CLAIMANTS; | ) | Designated Magistrate Judge: Michael T. |
| | ) | Mason |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                                                    Respectfully submitted,

                                                    GARY S. SHAPIRO
                                                    United States Attorney

                                                  By: *s/Kimberly J. Goodell*
                                                    KIMBERLY J. GOODELL
                                                    Attorney for the United States
                                                    223 W. Jackson Blvd., Suite 610
                                                    Chicago, IL 60606
                                                    (312) 263-0003
                                                    [kgoodell@potestivolaw.com](mailto:kgoodell@potestivolaw.com)

## CERTIFICATE OF SERVICE

     I, Kimberly J. Goodell, certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on July 19, 2013, and on the following non-ECF filers by first class mailing:

William P. Butcher, Special
 Representative of the Estate of Jennie Lander
2044 Ridge Road
Homewood, IL 60430

David M. Sternfield
Law Offices of David M. Sternfield, LLC
33 North Dearborn Street, Suite 300
Chicago, IL 60602

Valley Lo Towers I
 Condominium Association
2020 Chestnut Avenue, Unit 507
Glenview, IL 60025

Unknown Heirs and Legatees of
 Jennie Lander
2020 Chestnut Avenue, Unit 405
Glenview, IL 60025

Unknown Owners and Non-Record Claimants
2020 Chestnut Avenue, Unit 405
Glenview, IL 60025

                                              *s/Kimberly J. Goodell*
                                              KIMBERLY J. GOODELL
                                              Attorney for the United States
                                              223 W. Jackson Blvd., Suite 610
                                              Chicago, IL 60606
                                              (312) 263-0003
                                              kgoodell@potestivolaw.com